# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

United States of America
v.
JIMMIE J. CALDWELL

Case No: 04-00326-01-CR-W-ODS
USM No: 17515-045

Date of Original Judgment: 08/15/2005
Date of Previous Amended Judgment: 03/03/2009
*(Use Date of Last Amended Judgment if Any)*

Steve Moss
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Cts. 1, 2&3: 188 months*  months **is reduced to**  Counts 1, 2, and 3: 120 mo.**  .

*(Complete Parts I and II of Page 2 when motion is granted)*

*to run concurrently.

**each count, to run concurrently.

Except as otherwise provided, all provisions of the judgment dated  08/15/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011                                    s/ Nanette K. Laughrey
                                                          *Judge's signature*

Effective Date:                                           NANETTE LAUGHREY, U.S. DISTRICT JUDGE
*(if different from order date)*                          *Printed name and title*